# MEANDERING BEND, LLC

## Manager's Resolution

## ARTICLE I.
### Recitals

Whereas the Managers of MEANDERING BEND, LLC (the "Company"), acknowledge that the Company cannot continue operating under its current debt structure;

Whereas the Managers believe that filing a bankruptcy under Chapter 11 of the Bankruptcy Code to reorganize or liquidate the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Managers of the Company desire to authorize the Company's Manager, Ali Choudhri to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Chapter 11 debtor;

Therefore, the Managers of the Company resolve as follows:

## ARTICLE II.
### Resolutions

1. The Managers resolve that the Company shall enter into a Chapter 11 Bankruptcy and Ali Choudhri may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Managers resolve to retain and authorize Justin Rayone, to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF,** the Managers of MEANDERING BEND, LLC have resolved as stated above and have caused their signatures, to be set forth below on this the 4th day of August 2025.

*Approved:*

By: _____
*ALI CHOUDRI, Manager*