**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 09, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-11334-SMR** |
| **MEANDERING BEND, LLC,** | § | |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7**

Came on for consideration the United States Trustee's *Motion to Dismiss Case or Convert Case* (the "Motion"). Having considered the evidence and argument provided in the Motion and at all hearing(s) on the Motion, and for the reasons set forth on the record, the Court finds that there is "cause" under 11 U.S.C. § 1112(b) to convert or dismiss this case, and further finds that conversion is in the best interests of creditors, and therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-styled and numbered case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

1

3.     Within 14 days of the date of entry of this Order, the Debtor shall file all reports due pursuant to Federal Rule of Bankruptcy Procedure 2015(a)(5).

4.     Within 14 days of the date of entry of this Order, the Debtor shall file or supplement appropriate lists, inventories, schedules, and statements as required by Federal Rules of Bankruptcy Procedure 1007 and 1019, and Local Rule 1019.

5.     Within 14 days of the date of entry of this Order, the Debtor shall pay all quarterly fees owed under 28 USC § 1930(a)(6) and pay any future U.S. Trustee quarterly fees when due.

# # #