

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 05, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MEANDERING BEND, LLC** | § | **Case No. 25-11334-smr** |
| | § | **Chapter 7** |
| **Debtor.** | § | |

**AGREED ORDER GRANTING**
**MOTION OF TRAVIS VARGO, COURT APPOINTED RECEIVER, FOR RELIEF FROM**
**STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

ON THIS DAY came on for consideration in the above styled and numbered bankruptcy proceeding the *Unopposed Motion for Relief from Stay for Cause Pursuant to 11 U.S.C. §362(d)(1)* (the "Motion") filed by Travis Vargo, Court Appointed Receiver[1] (the "Receiver"). The Court, having considered the Motion, the agreement of the Trustee, the evidence presented, and the pleadings on file in these proceedings, finds that the

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri, pending in the 333rd Judicial District Court of Harris County, Texas and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle, pending in the 333rd Judicial District Court of Harris County, Texas.

Receiver has established sufficient cause pursuant to 11 U.S.C. §362(d)(1) and that the automatic stay should be and the same is hereby modified to permit the Receiver to proceed to seek the remand of the A-Case and the D-Case to the Receivership Court.

# # #

Approved:

*/s/ Randolph N. Osherow   (with permission)*
Randolph N. Osherow, Trustee

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell
State Bar No. 12708650
Luttrell + Carmody Law Group
One International Centre
100 NE Loop 410, Ste. 615
San Antonio, TX 78216
T. 210.426.3600
luttrell@lclawgroup.net