**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 19, 2026.**

**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-11334-SMR** |
| | § | |
| **MEANDERING BEND LLC,** | § | |
| | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | | |

**ORDER GRANTING IN PART, AND**
**<u>DENYING IN PART MOTION TO EXPEDITE</u>**
(Relates to ECF Nos. 147, 144)

Before the Court is the Motion filed by Meandering Bend LLC (the "<u>Debtor</u>") requesting an expedited hearing (the "<u>Motion to Expedite</u>" at ECF No. 147) on its *Joint Motion to Strike Paragraph 2 of and Clarify, or in the Alternative to Vacate, the Order Granting Motion of Travis Vargo to Dismiss Bankruptcy Proceeding for Cause – Lack of Authority, ECF No. 125* (the "<u>Motion to Strike</u>" at ECF No. 144), filed on October 20, 2026.

On November 5, 2026, a hearing was held on the Motion to Expedite. The Court finds that the Motion to Strike will not be set for an expedited hearing. Instead, for the reasons set forth on the record, the Court hereby **GRANTS** the Motion to Expedite in part and **DENIES** it in part as set forth below. Accordingly,

**IT IS ORDERED** that the Motion to Expedite is **GRANTED** as to setting a briefing/response deadline of **November 13, 2026** for Travis Vargo only. Travis Vargo shall file a response to the Motion to Strike on or before **November 13, 2026**. No other replies or pleadings will be permitted or considered by the Court.

**IT IS FURTHER ORDERED** that the Motion to Expedite is **DENIED** as to setting an expedited hearing for the reasons set forth on the record. The Court will consider the Motion to Strike based on the pleadings and its review of its own prior order.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over all matters arising from or relating to the implementation, enforcement and/or interpretation of this Order.

# # #